# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

LARRY JOHNSON and ORA PITTMAN                                              PLAINTIFFS

vs.                                                    Civil Action No. 3:09-cv-300 HTW-LRA

STATE OF MISSISSIPPI and DEPARTMENT
OF YOUTH SERVICES                                                           DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

No process has been served on the defendants. The court issued a Show Cause Order on March 17, 2010, directing plaintiffs to show cause as to why service of process had not been completed. No pleading of any kind was filed in response to that order.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice.

**SO ORDERED, THIS THE 21ST DAY OF JUNE, 2010.**

                                        s/ HENRY T. WINGATE
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT